UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN MURPHY (#3647)

VERSUS

ATTORNEY DISCIPLINARY
BOARD, ET AL

CIVIL ACTION

NO. 11-20-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated February 18, 2011 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint shall be **DISMISSED**, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, March _15_, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA